BIEDERMANN, REIF, HOENIG & RUFF
A PROFESSIONAL CORPORATION
ATTORNEYS AT LAW

570 LEXINGTON AVENUE
NEW YORK, NEW YORK 10022

TELEPHONE (212) 697-6555

FACSIMILE (212) 986-3509

www.brhr.com

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12 NOV 2009

3rd November 2009

**BY FACSIMILE**
**(212) 805-6304**

Honorable Judge Paul A. Crotty
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

The Clerk of Court is directed to remand this matter to the Supreme Court of the State of New York, County of New York.

SO ORDERED: 12 NOV 2009

_____
HON. PAUL A. CROTTY
UNITED STATES DISTRICT JUDGE

Re: *Daphne Barak v. Dorchester Services Limited d/b/a The Dorchester Collection and Dorchester Services, Inc.*
Docket No.: 09-CIV-8793 (PAC)
09civ8793

Honorable Judge Crotty,

This firm represents the defendants, *Dorchester Services Limited d/b/a The Dorchester Collection and Dorchester Services, Inc.*, in the above-referenced matter. Pursuant to Rule 1(A) of your Honor's Individual Practice Rules, and with the consent of the plaintiff, <u>we respectfully submit this letter requesting that your Honor enter an Order remanding this action</u> to the Supreme Court of the State of New York, County of New York, wherein the action was originally commenced and bears the Docket No. 150180-09.

On October 16, 2009, the defendants filed a Notice of Removal, pursuant to 28 U.S.C. §1446(a), to remove the action from the Supreme Court of the State of New York, County of New York, on the basis of diversity jurisdiction. Based on information provided to us by the plaintiff; namely, that she has not been a resident or domiciliary of New York since November 2007, it is apparent that because one of the defendants is a citizen of England, that this Honorable Court does not have original jurisdiction over this matter as required by 28 U.S.C. §1332(a).

MEMO ENDORSED

Honorable Judge Paul A. Crotty
November 3, 2009
Page 2


   Under the circumstances, we respectfully request that this Honorable Court order that this act on be remanded to the Supreme Court of the State of New York, County of New York.

             Respectfully submitted,

             Gerald Grunsfeld (GG5677)

GG/yf

cc: John Grimmer, Esq. (by Facsimile)
   John Grimmer & Associates
   One Battery Park Plaza
   Suite 1800
   New York, New York 10004
   (Tel. No.: 1 212 837 6370)
   (Fax No.: 1 212 837 6246)

353906 1